STONE *v.* MATTHEWS, 7 Hill, 428.

In S. Ct. 1 Hill, 565.

### Landlord and Tenant ; Right of Distress on Property of Boarder in Boarding-House.

IN this case the Supreme Court held that where the property of a boarder at a boarding-house, was not in the possession of such lodger or boarder, but in the possession and actual use of the tenant of the boarding-house, by the owner's permission, and without the consent of the landlord, the property was not exempt from distress.

But the Court of Errors held, that the judgment was erroneous, and a *resolution* was offered and passed on the reversal, as follows : " Resolved, that property of boarders at taverns and boarding-houses, is not liable to distress for rent although such property is not in their possession, but in the

possession and actual use of the tenant, by their permission, and *without the consent of the landlord.*"

This resolution was adopted by a vote of 15 to 7.

---

☞ The question arose under the statute 2 R. S. 413, 2d Ed. § 15, which excepts from distress *the property of boarders at taverns and boarding-houses.* The Supreme Court held that this exception embraced only the " property *in use by him as a boarder.*"